

FILED
DEC -7 2009

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| TRACIE DEVRIES,<br>                Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>                Defendant. | CV. 08-CV-1259-KI<br><br>ORDER AWARDING EAJA<br>ATTORNEY FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5076.72 shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, Attorney, at P.O. Box 7790, Salem, OR 97303-0175, on behalf of Plaintiff.

DATED this 7th day of Dec, 2009.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Tracie DeVries

Page 1.  ORDER AWARDING EAJA ATTORNEY FEES
        DEVRIES v. ASTRUE, CV. 08-CV-1259-KI